NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Hon. Harold A. Ackerman |
| Plaintiffs, | Civil Action No. 06-4541 (HAA) |
| v. | **OPINION AND ORDER** |
| PHYLLIS DOLL, PHYLLIS TONNA, THERESA NEIL, LAURIE DOLL, and STACEY DOLL, | |
| Defendants. | |

Jane Andrews, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
33 Washington Street
Newark, NJ 07102
*Attorneys for Plaintiff*

Conrad Olear, Esq.
STRASSER & ASSOCIATES, P.C.
7 E. Ridgewood Ave.
Paramus, NJ 07652
*Attorneys for Defendants Phyllis Doll, Phyllis Tonna, and Theresa Neil*

**ACKERMAN, Senior District Judge:**

This matter having been brought to the Court upon application of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Plaintiff The Prudential Insurance Company of America, for an Order entering final judgment by default against Defendants Laurie Doll and Stacey Doll, and notice of this application having been served upon all Defendants, and the Court having considered this motion, the moving papers, and no opposition having been filed; and

Defaults having been entered by the Clerk of the Court as to Defendants Laurie Doll and Stacey Doll, and for good cause shown:

    IT IS ON this 5th day of October 2007;

    ORDERED that final judgment by default is hereby entered as to Defendants Laurie Doll and Stacey Doll.


Newark, New Jersey  
Dated: October 5, 2007                                       /s/ Harold A. Ackerman  
                                                                      U.S.D.J.